■

In the Matter of ABE PTACHIK et al., Appellants, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 284 App. Div. 844.]

■

In the Matter of GEORGE D. GREENE et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

HELEN ROWLAND et al., Appellants, v. MENAHEM STIM et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Callahan, Bastow and Botein, JJ.

■

E. BERNARD DUBOURCQ, Respondent, v. DIRK W. BROUWER, Doing Business as BROUWER ASSOCIATES, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

ARTHUR WEINSTEIN, Respondent, v. NATHAN HYMAN, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

EVELYN ROSENBLOOM, Respondent, v. RAYMOND M. ROSENBLOOM, Appellant. — Under the circumstances disclosed, the allowances were excessive. Order unanimously modified so as to reduce the alimony to $100 per week and counsel fee to $750. The parties should proceed to trial immediately. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

RAY ZILBOORG, Respondent, v. GREGORY ZILBOORG, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 284 App. Div. 802.]

■

HERMAN NASH, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 284 App. Div. 843.]

■

DELMA AGENCY LIMITED, Appellant, v. CHARLES U. BAY et al., Individually and as Copartners Doing Business as A. M. KIDDER & Co., Respondents.— Order unanimously affirmed. No opinion. The date for the examination to proceed